UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HOLLY JOLENE BOWRON,<br><br>　　　　　Plaintiff,<br>v.<br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | No.  CV-13-03061-JTR<br><br>JUDGMENT IN A<br>CIVIL CASE |

### DECISION BY THE COURT:

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  The matter is remanded to the Commissioner for additional proceedings pursuant to sentence four 42 U.S.C. 405(g).  Defendant's Motion for Summary Judgment is **DENIED**. Judgment is entered for Plaintiff.

　　　DATED:  August 22, 2014

　　　　　　　　　　　　　　　　　SEAN F. McAVOY
　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　By: *s/Melissa Orosco*
　　　　　　　　　　　　　　　　　　　 Deputy Clerk

1 | JUDGMENT IN A CIVIL CASE